# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1280**
**CAF 15-01064**
PRESENT: WHALEN, P.J., SMITH, CARNI, DEJOSEPH, AND CURRAN, JJ.

---

IN THE MATTER OF STACI L. CASPER,
PETITIONER-RESPONDENT,

V                                                        ORDER

JAMES R. SOCCIO, RESPONDENT-APPELLANT.
----------------------------------------
IN THE MATTER OF JAMES R. SOCCIO,
PETITIONER-APPELLANT,

V

STACI L. CASPER, RESPONDENT-RESPONDENT.

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT.

MICHAEL STEINBERG, ROCHESTER, FOR PETITIONER-RESPONDENT AND RESPONDENT-RESPONDENT.

BRIAN P. DEGNAN, ATTORNEY FOR THE CHILD, BATAVIA.

---

Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered June 4, 2015 in proceedings pursuant to Family Court Act article 6. The order adjudged that if James R. Soccio failed to complete his substance abuse evaluation within 45 days of the court's decision of May 7, 2015, his visitation shall be suspended until an evaluation is completed.

It is hereby ORDERED that said appeal insofar as it concerns visitation is unanimously dismissed (*see Matter of Green v Green*, 139 AD3d 1384, 1385), and the order is otherwise affirmed without costs for reasons stated in the decision at Family Court.

Entered:  December 23, 2016                    Frances E. Cafarell
                                               Clerk of the Court